UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARTHUR MORRISON, : | |
| : | Civil Action No. 09-5984 (DRD) |
| Petitioner, : | |
| : | |
| v. : | **O R D E R** |
| : | (CLOSED) |
| : | |
| HAROLD G. BRANTLEY, et al., : | |
| : | |
| Respondents. : | |

The Court having considered Petitioner's application to proceed in forma pauperis and file the petition without prepayment of fees pursuant to 28 U.S.C. § 1915; and the Court having screened the petition to determine whether dismissal is warranted pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A;

It is on this 8th day of February, 2010;

ORDERED that Petitioner may proceed in forma pauperis without prepayment of the $350.00 filing fee pursuant to 28 U.S.C. § 1915(a) and (b); and it is further

ORDERED that the Clerk of the Court is directed to file the Complaint in the above-captioned action; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this Order by regular mail on the United States Attorney for the State of California and on warden of the Federal Correctional Institution, Terminal Island, CA; and it is further

ORDERED that Petitioner is assessed a filing fee of $350.00 and shall pay the entire filing fee in the manner set forth in

this Order pursuant to 28 U.S.C. § 1915(b)(1) and (2), regardless of the outcome of the litigation; and it is further

ORDERED that in each month that the amount in Petitioner's account exceeds $10.00, until the $350.00 filing fee is paid, the agency having custody of the petitioner shall assess, deduct from Petitioner's account, and forward to the Clerk of the Court payment equal to 20% of the preceding month's income credited to Petitioner's account, pursuant to 28 U.S.C. § 1915(b)(2), and each payment shall reference the civil docket number of this action; and it is further

ORDERED that Petitioner's petition is hereby dismissed for lack of jurisdiction; and it is finally

ORDERED that the Clerk of the Court shall close this case.


    *s/Dickinson R. Debevoise*
DICKINSON R. DEBEVOISE
United States District Judge